1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brett Hamlett, | Case No. **2**:23-CV-00939-JAM-KJN |
| Plaintiff, | Hon. John A. Mendez |
| v. | [Removed from Sacramento Superior Court, Case No. 34-2023-00336885-CU-OE-GDS] |
| ABM Aviation, Inc.; and Does 1 through 100, inclusive, | |
| Defendants. | **ORDER GRANTING STAY OF ACTION SO PARTIES CAN PROCEED TO ARBITRATION PURSUANT TO PRE-EXISTING CONTRACTUAL AGREEMENT TO ARBITRATE** |

On May 26, 2023, Defendant ABM AVIATION, INC. ("Defendant") and Plaintiff BRETT HAMLETT ("Plaintiff"), filed a Joint Stipulation with this Court to Stay the Action so the parties can proceed to arbitration pursuant to a pre-existing contractual agreement to arbitrate between them.

1

2

3     Having considered the Joint Stipulation, and **GOOD CAUSE** appearing

4  therefore, **IT IS HEREBY ORDERED** that:

5

6     1.     The entire Action is immediately **STAYED** ;

7     2.     Plaintiff will pursue and submit his claims against Defendant to

8  arbitration per the terms of the parties' pre-existing written Mutual Arbitration

9  Agreement, dated December 12, 2018;

10     3.     The Court will **VACATE**, if any, all scheduled dates and deadlines in

11  the Action;

12     4.     A Status Conference is SET for **December 12, 2023, at 01:30 PM**,

13  where the Parties will, fourteen (14) days prior, file a Joint Status Report as to the

14  status of their arbitration to the extent the matter is not resolved or settled prior to that

15  time.

16

17   Dated: May 26, 2023          /s/ John A. Mendez

18                                             THE HONORABLE JOHN A. MENDEZ
                                               SENIOR UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28